United States District Court
Southern District of Texas

Case 7:18-mc-01084   Document 2   Filed in TXSD on 06/04/18   Page 1 of 1

**ENTERED**
June 22, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | McAllen | Case Number | |
|---|---|---|---|
| In the Matter of Martina Blasina Romero | | | |
| *versus* | | | |
| | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | R. Andrew Free, Law Office of R. Andrew Free<br>P.O. Box 90568, Nashville, TN 37209<br>(844) 321-3221x1,<br>Andrew@ImmigrantCivilRights.com<br>Tennessee 030513 |
|---|---|

| Name of party applicant seeks to appear for: | Martina Blasina Romero |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated:   6/4/2018 | Signed: | /R. Andrew Free |
|---|---|---|

The state bar reports that the applicant's status is: active.

| Dated:  6/5/2018 | Clerk's signature | *Belinda Saenz* |
|---|---|---|

United States District Court
Southern District of Texas
FILED

JUN 2 1 2018

David J. Bradley, Clerk

## Order

Dated: June 21, 2018

This lawyer is admitted *pro hac vice*.

United States District Judge
*Magistrate*