United States District Court
Southern District of Texas
**ENTERED**
April 12, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| IN THE MATTER OF MARTINA BLASINA ROMERO | § § § § § § | MISC. ACTION NO. 7:18-MC-1084 |

## ORDER

Pending before the Court is Petitioner Martina Blasina Romero's "Verified Petition to Perpetuate Testimony" pursuant to Federal Rule of Civil Procedure 27.  (Docket No. 1.) Petitioner seeks to "perpetuate testimony about a 39-year-old Honduran man (her son) who died a slow, painful, and avoidable death of bacterial meningitis while in federal immigration custody."  (*Id.* at 1.)  Petitioner requests a court "order authorizing depositions to perpetuate testimony of [two federal law enforcement officials and any detainee witnesses who had contact with the deceased] for use in an anticipated civil action pursuant to Federal Rule of Civil Procedure 27(a)(1)."  (*Id.* at 1, 9-10.)  In addition, Petitioner requests a hearing before the Court regarding the verified petition.  (*Id.* at 10.)

After a preliminary review of the verified petition, the Court finds that it is appropriate to conduct a hearing regarding Petitioner's verified petition.  As such, it is hereby **ORDERED** that a hearing is scheduled for May 2, 2019, at 3:00 p.m. to address the verified petition.  The Petitioner shall provide notice of the hearing to the appropriate attorney for the Government.

The Clerk shall send a copy of this Order to counsel for Petitioner.

DONE at McAllen, Texas on April 12, 2019.

_____
Peter E. Ormsby
United States Magistrate Judge