UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| IN THE MATTER OF **MARTINA BLASINA ROMERO** | CASE NO.: 7:18-mc-01084 |

## AGREED NOTICE OF VOLUNTARY DISMISSAL

Petitioner, through undersigned counsel, respectfully provides Notice of Voluntary Dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A). As noted in a telephonic hearing held before the Magistrate Judge on June 27, 2019, the federal respondents in this action, represented by Assistant United States Attorney David Guerra, have no opposition to this dismissal.

Date: June 27, 2019

Respectfully submitted,

/s/ R. Andrew Free*
**R. ANDREW FREE, TN BPR No. 30513**
LAW OFFICE OF R. ANDREW FREE
P.O. Box 90568
Nashville, TN 37209
Tel. 844-321-3221
Fax: 615-829-8959
Andrew@immigrantcivilrights.com
*Counsel for the Plaintiff*
*Admitted Pro Hac Vice*

**Certificate of Service**

I hereby certify that on this date I served a true and correct copy of the foregoing on the United States of America and federal Respondents via electronic mail to David.Guerra@usdoj.gov.

/s/ R. Andrew Free

1